# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CELIA ENID ORTIZ § | |
| § | |
| v. § | |
| § | Case No. 2:20-cv-231-JRG-RSP |
| COMMISSIONER, SOCIAL § | |
| SECURITY ADMINISTRATION § | |

## JUDGMENT

Currently before the Court is the Report and Recommendation of the Magistrate Judge (Dkt. No. 20).

Having conducted a *de novo* review of the entire record, including the Objection filed by Plaintiff (Dkt. No. 21), the findings and conclusions of the Magistrate Judge are adopted as those of the Court. Accordingly, it is **ORDERED AND ADJUDGED** the decision of the Commissioner is **AFFIRMED** and this action is **DISMISSED**.

**So ORDERED and SIGNED this 16th day of March, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE